UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UMB BANK, N.A., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:20-cv-00895-MTS |
| AA AUTO BROKER LLC, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**MEMORANDUM AND ORDER**

On or around June 14, 2019 someone opened a deposit account with UMB Bank under the name of AA Auto Broker, LLC.  It now appears the account was established as part of an internet scam in which an unknown individual, or perhaps individuals, would pose as an online paramour and convince internet strangers to requite their romantic interests by depositing funds into the account.  From the account's opening to October 3, 2019, at least fourteen individuals and one trust deposited money into it.  Unfortunately, but unsurprisingly, the apparent fraudsters withdrew a significant portion of the money before UMB Bank was able to detect the scheme and freeze the account.  Now only a percentage of the money deposited remains.  Thus, UMB Bank has filed this interpleader action.  UMB Bank located and served seven of the depositors who were named as Defendants.[1]  It also has obtained service by publication over Absent Defendants.  *See* Doc. [32].

On December 4, 2020, the Court entered an Order granting UMB's Motion for Leave to Amend Complaint by Interlineation to correct Defendant Mabel Scott's address to one in Douglasville, Georgia, Doc. [29], and subsequently issued an alias summons directed to Mabel Scott at that address, Doc. [35].  Despite multiple attempts, the process servers have been

---

[1] *See* Docs. [16]–[19], [21]–[23], [25].  None of those seven, however, has answered or even appeared in this matter even though UMB Bank served them all months ago.

unsuccessful in serving Defendant Mabel Scott. Doc. [37]. Since it cannot personally serve Defendant Mabel Scott in this state, and personal service in the state of Georgia is not practical, UMB Bank requests that the Court order service by publication. Doc. [38].

The Court, after reviewing UMB Bank's filings, including the service returns of the special process servers who were unsuccessful in their multiple attempts to obtain personal service on Defendant Mabel Scott, finds that Defendant Mabel Scott cannot be personally served in this state or the state of Georgia. Thus, for largely the same reasons cited in the Court's December 4, 2020 order, the Court finds personal service on this Defendant is not practicable and orders service by publication. *See* Doc. [31].

Accordingly,

**IT IS HEREBY ORDERED** that UMB Bank, N.A.'s Motion for Order Directing Service by Publication, Doc. [38], is **GRANTED**. Plaintiff must publish the attached Notice at least once each week for six consecutive weeks, with first publication to occur **no later than Friday, October 22, 2021**, in a newspaper of general circulation in Douglas County, Georgia or the state of Georgia.

Dated this 16th day of September 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

## NOTICE

Defendant Mabel Scott and Absent Defendants of *UMB Bank, N.A. v. AA Auto Broker LLC, et al.*, 4:20-cv-00895-MTS (E.D. Mo.) are hereby Ordered to appear or plead by December 17, 2021. UMB Bank, N.A. has brought an interpleader action in the United States District Court for the Eastern District of Missouri against AA Auto Broker, LLC, Victor Lewis, James Vassallo, Raylene McDonald, Charles L. Gronan, Michael Grogan, Linda M. Gray, Terry M. Kelley, Earl F. Andrews, Brian R. Dedenhoeffer, Patricia Townley, Amanda J. Bischoff, Mabel Scott, Patricia E. Dickens, Eugene Wargo, the Stephanie B. Cousin 2009 Trust, and Additional Individuals or Entities that Claim an Interest in the Funds. The action seeks to determine as a matter of law who is entitled to $66,252.37 deposited into a UMB Bank Deposit Account registered to AA Auto Broker, LLC with an account number ending in 7997 between June 14, 2019 and October 3, 2019.

Unless Defendant Mabel Scott files an answer or other pleading or shall otherwise appear by Friday, December 17, 2021, judgment by default will be rendered against Defendant Scott. This notice is to be published at least once each week for six consecutive weeks, with first publication to occur no later than Friday, October 22, 2021 in a newspaper of general circulation in the state of Georgia. The attorney for Plaintiff in this case is Timothy J. Ahrenhoersterbaeumer, 1 N. Brentwood Blvd. Suite 1000, St. Louis, MO 63105.